## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Texas

Case Number: 4:19-CV-1378

Plaintiff:
**BENCHMARK INSURANCE COMPANY**

vs.

Defendant:
**DO-RITE FOUNDATION LLC ET AL**

WAL2019000400

For:
Fletcher, Farley, Shipman & Salinas, LLP
2530 Walsh Tarlton Lane
Suite 150
Austin,, TX 78746

Received by IT SHALL BE DONE CIVIL PROCESS on the 23rd day of July, 2019 at 10:50 pm to be served on **PABLO SANCHEZ, 5909 HOLLY ST., HOUSTON, HARRIS County, TX 77074**.

I, Abe Benjamin Daily (PSC# 2355), do hereby affirm that on the **6th day of August, 2019** at **5:54 am, I:**

**INDIVIDUALLY/PERSONALLY** delivered a true copy of the **SUMMONS IN A CIVIL ACTION** with my name, the date, and hour of service endorsed thereon by me, by handing to: **PABLO SANCHEZ** at the address of: **7103 MOBUD ST., HOUSTON, HARRIS County, TX 77074**, and informed said person of the contents therein, in compliance with state statutes.

I am State Certified under the Supreme Court of Texas, (TRCP, rule 103). I have no interest in the above action nor a party to. (TRCP, rule 107) My name is (listed below), My date of birth is (listed below), My address is (listed below), also my SCH number, certification expiration date are (listed below) with signature. Either this return is verified that the foregoing is true and correct or, I declare under penalty of perjury that the foregoing is true and correct.

_Abe Benjamin Daily_
**Abe Benjamin Daily (PSC# 2355)**
DOB: 6/6/1954  Exp. 12/31/2018

**IT SHALL BE DONE CIVIL PROCESS**
**P.O. Box 10096**
**Houston, TX 77206-0096**
**(281) 586-9621**

Our Job Serial Number: WAL-2019000400

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c