UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BENCHMARK INSURANCE COMPANY,** | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | NO: 4:19-CV-1378 |
| **DO-RITE FOUNDATION, LLC** a Texas limited | § | |
| liability company; **CARLOS** | § | |
| **TREVINO;** and **PABLO SANCHEZ** and | § | |
| **DORIS H. SANCHEZ,** husband and wife | § | |
| Defendants. | § | |

## PLAINTIFF'S UNOPPOSED DISMISSAL BY STIPULATION

COMES NOW, Plaintiff Benchmark Insurance Company, by and through its counsel of record and, pursuant to Federal Rule Civil Procedure 41(a)(1), hereby agrees to voluntarily dismiss any and all claims asserted against Defendants Do-Rite Foundation, LLC, Carlos Trevino, Pablo Sanchez, and Doris H. Sanchez that are made the basis of its cause, with prejudice, and represents to the Court that all matters in controversy between these parties and made the basis of Plaintiff's cause of action as against said Defendants Do-Rite Foundation, LLC, Carlos Trevino, Pablo Sanchez, and Doris H. Sanchez, have been compromised and resolved. As such, Plaintiff requests that this action be dismissed in its entirety and with each party bearing their own costs and attorney fees.

Respectfully submitted,

**FLETCHER, FARLEY,**
**SHIPMAN & SALINAS, L.L.P.**
2530 Walsh Tarlton Lane, Suite 150
Austin, Texas 78746
(512) 476-5300
FAX (512) 476-5771
By:/s/ Joanna Lippman Salinas
Joanna Lippman Salinas
State Bar No. 00791122
Southern ID No. 38075
joanna.salinas@fletcherfarley.com

Attorneys for Plaintiff,
*Benchmark Insurance Company*

## Certificate of Service

I here certify that a true and correct copy of the foregoing and attached **Plaintiff's Unopposed Dismissal by Stipulation** has been provided to the offices of:

Brett S. Thomas
Jeffrey T. Roebuck
**ROEBUCK THOMAS & ADAMS PLLC**
2372 Calder
Beaumont, Texas 77702

Aldru Todd Aaron
**A.T. AARON LAW PLLC**
440 Louisiana, Ste 900
Houston, Texas 77002

via electronic service, in accordance with the Federal Rules of Civil Procedure, on June 15, 2020.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas