United States District Court
Southern District of Texas
**ENTERED**
June 18, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **BENCHMARK INSURANCE COMPANY,** | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | NO: 4:19-CV-1378 |
| **DO-RITE FOUNDATION, LLC a Texas limited** | § | |
| **liability company; CARLOS** | § | |
| **TREVINO; and PABLO SANCHEZ and** | § | |
| **DORIS H. SANCHEZ, husband and wife** | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On this date came before the Court Plaintiff's Unopposed Dismissal by Stipulation. After consideration of the pleading on file, the Court is of the opinion that the Request should be granted.

IT IS THEREFORE ORDERED that all claims and causes of action asserted by Plaintiff in the above-referenced and numbered cause are hereby dismissed with prejudice to refiling the same, with each party bearing their own costs and attorney fees.

SIGNED this the 18th day of June, 2020.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE